# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JERILYNN K. EVANS  
2122 SOUTH 4TH ST.  
ROCKFORD, IL  61104

SSN-xxx-xx-1984

Case Number: 04-75524

Case filed on: 11/4/2004  
Plan Confirmed on: 2/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $6,356.07        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | FISHER AND FISHER ATTORNEYS AT LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JERILYNN K. EVANS | 0.00 | 0.00 | 236.07 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 236.07 | 0.00 |
| 001 | CITIFINANCIAL MORTGAGE COMPANY | 3,275.12 | 374.74 | 374.74 | 0.00 |
| 015 | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 43.11 | 43.11 | 0.00 |
|  | Total Secured | 3,525.12 | 417.85 | 417.85 | 0.00 |
| 002 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CASH BOX | 190.73 | 190.73 | 133.62 | 0.00 |
| 004 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | FIRST NATIONAL BANK OF MARIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | HHM EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 511.23 | 511.23 | 358.15 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR GAS | 2,006.70 | 2,006.70 | 1,405.82 | 0.00 |
| 011 | ROCK RIVER WATER RECLAMATION | 400.13 | 400.13 | 280.32 | 0.00 |
| 012 | SEARS ROEBUCK & CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | UNITED CREDIT SERVICE INC | 2,526.00 | 2,526.00 | 1,769.62 | 0.00 |
|  | Total Unsecured | 5,634.79 | 5,634.79 | 3,947.53 | 0.00 |
|  | Grand Total: | 10,523.91 | 7,416.64 | 5,965.45 | 0.00 |

Total Paid Claimant:   $5,965.45  
Trustee Allowance:    $390.62  
Percent Paid Unsecured:   70.06

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer   
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008          By  /s/Heather M. Fagan